IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES BROADHEAD,            )
                            )
     Plaintiff,             )
                            )     CIVIL ACTION NO.
     v.                     )       2:19cv632-MHT
                            )           (WO)
LAQUAN COBB, et al.,        )
                            )
                            )
     Defendants.            )
```

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that he was subjected to an excessive use of force that was motivated by his offense of conviction.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to pay the filing and administrative fees upon initiation of this case. There are no objections to the recommendation.  After an independent and de novo review of the record, the

court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of February, 2021.

                                             /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE